UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

DAVID LEWI-EMMANUEL STOCKMAN,

Debtor.

Case No. 26-20982-dob
Chapter 7 Proceeding
Hon. Daniel S. Opperman

_______________________________________/

DAVID LEWI-EMMANUEL STOCKMAN,

Plaintiff,

v.

Adversary Proceeding
Case No. 26-2023-dob

ZIAD DAOUD, Ph.D.,

Defendant.

_______________________________________/

ORDER SUSPENDING ALL FURTHER ACTION AND DEADLINES

On August 19, 2026, Debtor's bankruptcy case was converted to a Chapter 7 case, and Samuel Sweet is the Chapter 7 Trustee. Accordingly, the Court concludes that further proceedings in this Adversary Proceeding, and all deadlines associated therewith, are suspended pending the Chapter 7 Trustee's determination as to whether and how to proceed.

WHEREFORE, IT IS HEREBY ORDERED that this Adversary Proceeding, including all applicable deadlines, is stayed pending further action by the Chapter 7 Trustee.

**Signed on September 3, 2026**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**